# UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD LOCKHART and PATRICIA LOCKHART,<br><br>       Plaintiffs,<br><br>   vs.<br><br>TRAVELERS COMMERCIAL INSURANCE COMPANY, a corporation, and DOES 1 through 10, inclusive,<br><br>      Defendants. | Case No. 1:21-cv-00268-DAD-SKO<br><br>**ORDER EXTENDING DEFENDANT TRAVELERS COMMERCIAL INSURANCE COMPANY'S TIME TO RESPOND TO COMPLAINT (L.R. 144)**<br><br>(Doc. 12)<br><br>Action Filed:    11/17/2020<br>Action Removed: 2/25/2021 |

Having considered the Stipulation to Extend Time to Respond to Complaint filed by Defendant Travelers Commercial Insurance Company and Plaintiffs Donald Lockhart and Patricia Lockhart (Doc. 12), and for good cause shown,

**IT IS HEREBY ORDERED THAT** Defendant Travelers Commercial Insurance Company shall have up to and including May 21, 2021, to file and serve its response to the Complaint in this action.

IT IS SO ORDERED.

Dated:  **March 30, 2021**                /s/ *Sheila K. Oberto*    
                                         UNITED STATES MAGISTRATE JUDGE

ORDER EXTENDING TIME TO RESPOND TO COMPLAINT