# UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD LOCKHART and PATRICIA LOCKHART,<br><br>Plaintiffs,<br><br>vs.<br><br>TRAVELERS COMMERCIAL INSURANCE COMPANY, a corporation, and DOES 1 through 10, inclusive,<br><br>Defendants. | Case No. 1:21-cv-00268-DAD-SKO<br><br>**ORDER CONTINUING SCHEDULING CONFERENCE (L.R. 143)**<br><br>(Doc. 23)<br><br>Action Filed: 11/17/2020<br>Action Removed: 2/25/2021 |

///

ORDER CONTINUING SCHEDULING CONFERENCE

1

Having considered the Stipulation to Continue Scheduling Conference filed by Defendant Travelers Commercial Insurance Company and Plaintiffs Donald Lockhart and Patricia Lockhart (Doc. 23), and for good cause shown,

**IT IS HEREBY ORDERED THAT** the Scheduling Conference currently set for May 20, 2021, at 9:30 a.m. is hereby **CONTINUED to June 22, 2021, at 9:30 a.m. before Magistrate Judge Sheila K. Oberto.** The parties SHALL file their joint scheduling report by no later than June 15, 2021.

IT IS SO ORDERED.

Dated: **May 7, 2021**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE