UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD LOCKHART, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>TRAVELERS COMMERCIAL INSURANCE COMPANY, a corporation,<br><br>Defendant. | No. 1:21-cv-00268-DAD-SKO<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING MOTION TO WITHDRAW AS COUNSEL<br><br>(Doc. Nos. 13, 20) |

On March 30, 2021, counsel of record for plaintiffs in this action filed a motion to withdraw as counsel. (Doc. No. 13.) The motion was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 21, 2021, the assigned magistrate judge issued findings and recommendations recommending that the pending motion to withdraw as counsel for plaintiffs (Doc. No. 13) be granted. (Doc. No. 20.) Those findings and recommendations were served on all parties and contained notice that any objections thereto were to be filed within fourteen (14) days of service. (*Id.* at 4.) No objections have been filed and the time in which to do so has now passed. The court notes that defendant filed a statement of non-opposition to the pending motion to withdraw as counsel. (Doc. No. 19.)

/////

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court conducted a *de novo* review of the case. Having carefully reviewed the file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on April 21, 2021 (Doc. No. 20) are adopted in full;
2. The motion to withdraw as counsel filed by Robert M. Moss, counsel of record for plaintiffs (Doc. No. 13) is granted; and
3. The Clerk of the Court is directed to update the docket in this action to reflect that plaintiff Donald Lockhart is representing himself *in propria persona* and plaintiff Patricia Lockhart is representing herself *in propria persona*, and to include their contact information and addresses of record as follows:

    Donald Lockhart
    3163 Norwich Avenue
    Clovis, CA 93619
    (559) 252-7777

    Patricia Lockhart
    3163 Norwich Avenue
    Clovis, CA 93619
    (559) 252-7777

IT IS SO ORDERED.

Dated: **May 20, 2021**

UNITED STATES DISTRICT JUDGE