1

2

3

4      **UNITED STATES DISTRICT COURT**

5      **FOR THE EASTERN DISTRICT OF CALIFORNIA**

6

| | |
|---|---|
| 7   DONALD LOCKHART and<br>    PATRICIA LOCKHART, | )  Case No. 1:21-cv-00268-DAD-SKO |
| 8 | )  **ORDER EXTENDING** |
| | )  **DEFENDANT TRAVELERS** |
| 9       Plaintiffs, | )  **COMMERCIAL INSURANCE** |
| | )  **COMPANY'S TIME TO** |
| 10   vs. | )  **RESPOND TO COMPLAINT (L.R.** |
| | )  **144)** |
| 11 | ) |
|   TRAVELERS COMMERCIAL | )  (Doc. 25) |
| 12   INSURANCE COMPANY, a | ) |
|   corporation, and DOES 1 through 10, | )  Action Filed:     11/17/2020 |
| 13   inclusive, | )  Action Removed: 2/25/2021 |
| | ) |
| 14       Defendants. | ) |
| 15 | ) |
| | ) |
| 16 _____ | ) |

17      Having considered the Stipulation to Extend Time to Respond to Complaint

18  filed by Defendant Travelers Commercial Insurance Company and Plaintiffs

19  Donald Lockhart and Patricia Lockhart (Doc. 25), and for good cause shown,

20      **IT IS HEREBY ORDERED THAT** Defendant Travelers Commercial

21  Insurance Company shall have up to and including June 18, 2021, to file and serve

22  its response to the Complaint in this action.

23

24  IT IS SO ORDERED.

25

26  Dated: __**May 24, 2021**__          _____/s/ *Sheila K. Oberto*_____

27                                                    UNITED STATES MAGISTRATE JUDGE

28

ORDER EXTENDING TIME TO RESPOND TO COMPLAINT