UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD LOCKHART and PATRICIA LOCKHART,<br><br>  Plaintiffs,<br><br>  v.<br><br>TRAVELERS COMMERCIAL INSURANCE COMPANY,<br><br>  Defendant. | No. 1:21-cv-00268-DAD-SKO<br><br>ORDER DIRECTING THE CLERK TO TERMINATE PLAINTIFF PATRICIA LOCKHART<br><br>(Doc. 51) |

On January 27, 2022, Plaintiff[1] Patricia Lockhart filed a "Notice of Dismissal Pursuant to Federal Rules of Civil Procedure 41(a) or (c)." (Doc. 51.)

In relevant part, Rule 41(a)(1)(A) provides as follows:

> [A] plaintiff may dismiss an action without a court order by filing: (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment; or (ii) a stipulation of dismissal signed by all parties who have appeared.

Fed. R. Civ. P. 41(a)(1)(A). "The plaintiff may dismiss some or all of the defendants, or some or all of [their] claims, through a Rule 41(a)(1) notice," and the dismissal "automatically terminates

---

[1] Plaintiff Patricia Lockhart is erroneously named in the notice as a defendant.

the action as to the defendants who are the subjects of the notice." *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997).

Plaintiff Patricia Lockhart filed her notice before Defendant Travelers Commercial Insurance Company served either an answer or a motion for summary judgment. As such, Plaintiff has voluntarily dismissed her claims against Defendant without prejudice.[2] Fed. R. Civ. P. 41(a)(1)(A). Accordingly, the Clerk of the Court is directed to TERMINATE Plaintiff Patricia Lockhart.

This case shall remain OPEN pending resolution of the remaining Plaintiff Donald Lockhart's case against Defendant.

IT IS SO ORDERED.

Dated:   **January 28, 2022**              /s/ *Sheila K. Oberto*
                                                                            UNITED STATES MAGISTRATE JUDGE

---

[2] Rule 41(a)(1)(B) provides that "[u]nless the notice . . .states otherwise, the dismissal is without prejudice."

2