# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD LOCKHART,<br><br>        Plaintiff,<br><br>    v.<br><br>TRAVELERS COMMERICAL INSURANCE COMPANY,<br><br>        Defendant.<br>_____/<br><br>AMERICAN SECURITY INSURANCE COMPANY,<br><br>        Plaintiff-in-Intervention,<br><br>    v.<br><br>TRAVELERS COMMERICAL INSURANCE COMPANY,<br><br>        Defendant.<br>_____/ | Case No. 1:21-cv-00268-DAD-SKO<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO REFER CASE TO MEDIATION AND TO PROPOSE DATES FOR SETTLEMENT CONFERENCE**<br><br>(Doc. 59) |

Before the Court is pro se Plaintiff Donald Lockhart's "Motion to Refer Case to Mediation/ADR." (Doc. 59.) The motion is brought pursuant to "Alt. Disp. Res. § 2.20 (4th ed.)," which is a legal treatise on Alternative Dispute Resolution. Because the treatise does not provide a

basis for the Court to refer this case to mediation, Plaintiff's Motion is DENIED.

However, pursuant to this Court's Local Rule 270, the Court shall set a Settlement Conference in this case. The Court holds Settlement Conferences on Tuesdays and Thursdays at 10:00 a.m. The parties and counsel are to thoroughly discuss the advantages of and possibilities for settlement with their respective clients, and each other, in order to propose a date on which a Settlement Conference will be set. By no later than April 1, 2022, the parties shall file a joint statement 1) confirming that they have met and conferred, and 2) setting forth three to four proposed Settlement Conference dates in accordance with the Court's calendar.

IT IS SO ORDERED.

Dated:     **March 21, 2022**                    /s/ *Sheila K. Oberto*
                                                                  UNITED STATES MAGISTRATE JUDGE