# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD LOCKHART,<br><br>      Plaintiff,<br><br>  v.<br><br>TRAVELERS COMMERICAL INSURANCE COMPANY,<br><br>      Defendant.<br>_____/<br><br>AMERICAN SECURITY INSURANCE COMPANY,<br><br>      Plaintiff-in-Intervention,<br><br>  v.<br><br>TRAVELERS COMMERICAL INSURANCE COMPANY,<br><br>      Defendant.<br>_____/ | Case No. 1:21-cv-00268-DAD-SKO<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST FOR CONTINUANCE IN PART, STAYING CASE, AND DENYING DEFENDANT'S MOTION TO COMPEL WITHOUT PREJUDICE**<br><br>(Docs. 80 & 81) |

Before the Court is pro se Plaintiff Donald Lockhart ("Plaintiff")'s "Motion for Summary Judgment or in the alternative Motion for Continuance" (the "Motion"). (Doc. 81.) The Motion requests an 18-month continuance of all case deadlines in light of Plaintiff's recent medical issues.

(*See id*.)

The Court ordered the parties to meet and confer to reach an agreement on the resolution of the Motion and, if they could not agree, to file any opposition to the Motion by no later than July 13, 2022. (Doc. 82.) On July 13, 2022, Defendant Travelers Commercial Insurance Company ("Travelers") and Plaintiff-in-Intervention American Security Insurance Company ("ASIC") timely filed a joint response to the Motion, indicating that they were unable to meet and confer with Plaintiff or secure his cooperation in resolving the Motion and setting forth their respective positions. (Doc. 86.) ASIC has no objection to an 18-month continuance. (*See id*. at 2.) Travelers does not oppose Plaintiff's request for a continuance, but believes that 18-months is too long and instead proposes that the case be "continued or stayed for 90 days and that the parties report to the court every 90 days in case there is a basis to lift the stay." (*Id*.) Travelers also suggests that Plaintiff "report to the parties on the status of his medical issues (including providing any related further medical reports) and whether he requires a further stay of this case" within 80 days. (*Id*.)

In view of the lack of any opposition, Plaintiff's Motion (Doc. 81) shall be granted in part to the extent that it seeks a continuance of the case deadlines. After considering the Motion and the joint response thereto, and in view of Plaintiff's pro se status, the Court finds an initial stay of **180 days** is supported by good cause and is reasonable. Accordingly, the Court hereby ORDERS the following:

1. Plaintiff's "Motion for Summary Judgment or in the alternative Motion for Continuance" (Doc. 81) is GRANTED IN PART to the extent he requests a continuance of the action, which is unopposed;

2. This action is STAYED for 180 days of the date of this order;

3. To the extent Plaintiff wishes to extend the stay beyond 180 days, he SHALL, **within seven (7) day period prior to the expiration of the stay**, file a Motion for Administrative Relief pursuant to this Court's Local Rule 233, that is supported by good cause. *See* E.D Cal. L.R. 233; and

///

///

4. In light of foregoing, Travelers's pending motion to compel (Doc. 80) is DENIED WITHOUT PREJUDICE, subject to being renewed upon resumption of the action. The hearing set for July 27, 2022, is VACATED.

IT IS SO ORDERED.

Dated:  **July 15, 2022**                    /s/ *Sheila K. Oberto*
                                             UNITED STATES MAGISTRATE JUDGE