UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONALD LOCKHART,<br><br>    Plaintiff,<br><br>    v.<br><br>TRAVELERS COMMERCIAL INSURANCE COMPANY,<br><br>    Defendant. | No. 1:21-cv-00268-ADA-SKO<br><br>ORDER GRANTING THE PARTIES' STIPULATIONS TO DISMISS THE CASE<br><br>(ECF Nos. 96, 101) |

    On February 22, 2023, Defendant Travelers Commercial Insurance Company ("Defendant") and Intervenor American Security Insurance Company ("Intervenor") filed a joint stipulation to dismiss with prejudice Intervenor's causes of action against Defendant and that the parties bear their own costs and attorneys' fees pursuant to Federal Rule of Civil Procedure 41(a). (ECF No. 96 at 2.) The assigned Magistrate Judge ordered the parties to file an opposition or non-opposition, if any, and replies, if any, to the stipulation. (ECF No. 97.) No party filed an opposition, non-opposition, or reply. On April 27, 2023, Plaintiff Donald Lockhart and Defendant filed another joint stipulation to dismiss this action pursuant to Rule 41(a). (ECF No. 101.) The parties stipulate and request that the Court dismiss this action with prejudice and that each party is to bear their own attorneys' fees and costs. (*Id.* at 2.)

    In both stipulations, the parties invoke Rule 41(a)(2), which provides for actions to be dismissed "only by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2).

The Court notes that the parties' stipulations appear to be "a stipulation of dismissal signed by all parties who have appeared" and therefore could be dismissed under Rule 41(a)(1) without entry of a court order. Fed. R. Civ. P. 41(a)(1)(ii). Nonetheless, the Court will also assess the stipulations under Rule 41(a)(2).

Rule 41(a)(2) states, in relevant part,

> [A]n action may be dismissed at the plaintiff's request only by court order, on terms that the court considers proper. . . . Unless the order states otherwise, a dismissal under this paragraph (2) is without prejudice.

Trial courts have broad discretion to grant motions for voluntary dismissal under Rule 41(a)(2). *See Hamilton v. Firestone Tire & Rubber Co., Inc.*, 679 F.2d 143, 145 (9th Cir. 1982). Here, there is no disagreement regarding the terms and conditions of the requested dismissals. Even if the Court construes the stipulations as under Rule 41(a)(2), the Court finds good cause to grant the stipulations for dismissal, vacating any pending dates in this matter and directing the Clerk of Court to dismiss this case without prejudice.

Accordingly,

1. The parties' joint stipulations, (ECF Nos. 96, 101), are granted, and the action is dismissed with prejudice;
2. Pursuant to the stipulations, there shall be no award of attorneys' fees and/or costs to any party; and
3. The Clerk of Court shall terminate any pending motions and/or deadlines and close this case.

IT IS SO ORDERED.

Dated:   May 2, 2023

_____
UNITED STATES DISTRICT JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28